IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-96-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER QUASHING WRIT OF HABEAS CORPUS (AD PROSEQUENDUM) |
| DALTON RAY HAYNES, | |
| Defendant. | |

Upon Petition of Thomas K. Godfrey, Assistant United States Attorney for the District of Montana, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Writ of Habeas Corpus (for prosecution) directing the Warden of Montana State Prison and Darrell Bell, United States Marshal for the District of Montana (Doc. 7) is QUASHED.

DATED this 14th day of August, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1