**FILED**

SEP 2 6 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-96-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO SEAL MOTION TO DISMISS |
| DALTON RAY HAYNES, | |
| Defendant. | |

Upon the Government's Motion to Seal United States' Motion to Dismiss (Doc. 10), and for good cause being shown,

IT IS HEREBY ORDERED that the Motion to Seal United States' Motion to Dismiss (Doc. 10) is **GRANTED**.  The Motion to Dismiss Indictment Without Prejudice is filed under seal.

DATED this 26th day of September, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1