**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**



**FILED**
SEP 26 2017
Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, Plaintiff, vs. DALTON RAY HAYNES, Defendant. | CR 17-96-BLG-SPW<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
|---|---|

Upon the United States' Motion to Dismiss Indictment without Prejudice (Doc. 11), and for good cause being shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned matter is DISMISSED WITHOUT PREJUDICE.

DATED this 26th day of September, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1